**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| BROOKS SPORTS, INC.,<br>a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ANTA (CHINA) CO., LTD.,<br>a China corporation,<br><br>    Defendant. | Civil Action No.  1:17-cv-01458 |

## <u>DECLARATION OF ETHAN W. MARKS</u>

I, Ethan W. Marks, declare as follows:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts.

2. I am an attorney with the law firm of Wolf, Greenfield & Sacks, P.C., which represents Defendant Anta (China) Co., Ltd. ("Anta") in the above-referenced action. I have been admitted *pro hac vice* in this matter.

3. I make this declaration in support of Anta's Motion to Exclude Reports of Brooks' Experts and Motion for Leave to Amend its Answer, filed herewith.

4. I am familiar with the facts set forth in this Declaration and could testify competently to the truth thereof if called as a witness.

5. Attached as **Exhibit A** is a true and correct copy of the webpage located at http://www.sginews.com/Info/SGI-About-Us.aspx, as accessed and saved on February 20, 2019.

1

6.  Attached as **Exhibit B** is a true and correct copy of the webpage located at http://www.sginews.com/INFO/SGI-Contact-Us.aspx, as accessed and saved on February 20, 2019.

7.  Attached as **Exhibit C** is a true and correct copy of the webpage located at https://goo.gl/uB7Gbm, as accessed and saved on February 20, 2019.

8.  Attached as **Exhibit D** is a true and correct copy of the webpage located at http://www.sginews.com/Info/SGI-Newsletter.aspx, as accessed and saved on February 20, 2019.

9.  Attached as **Exhibit E** is a true and correct copy of the webpage located at http://www.sginews.com/Info/SGI-Copyright.aspx, as accessed and saved on February 20, 2019.

10. Attached as **Exhibit F** is a true and correct copy of the Supplemental Expert Report of Philip Green dated November 2, 2018.

11. Attached as **Exhibit G** is a true and accurate excerpt of a document produced by Anta on June 26, 2018.  The full document has the Bates range ANTA0005153 – 5298.

12. Attached as **Exhibit H** is a true and correct copy of the Expert Report of Philip Green dated August 15, 2018.

13. Attached as **Exhibit I** is a true and correct copy of Plaintiff's First Set of Interrogatories to Defendant (Nos. 1-12) dated April 20, 2018.

14. Attached as **Exhibit J** is a true and correct copy of the third-party discovery obtained by Plaintiff from Shoe Palace Corporation, titled "Hot Report, Shoe Palace Corporation."

15. Attached as **Exhibit K** is a true and correct copy of a document produced by Anta on July 30, 2018, having the Bates range ANTA0008951 – ANTA0008982.

16. Attached as **Exhibit L** is a true and correct copy of a document produced by Anta on July 30, 2018, having the Bates range ANTA0009076 – ANTA0009106.

17. Attached as **Exhibit M** is a true and correct copy of a document produced by Anta on July 30, 2018, having the Bates range ANTA0009113 – ANTA0009175.

18. Attached as **Exhibit N** is a true and correct copy of a document produced by Anta on July 30, 2018, having the Bates range ANTA0009057 – ANTA0009075.

19. Attached as **Exhibit O** is a true and correct copy of documents produced by Anta on July 30, 2018, having the Bates ranges of ANTA0009024 – ANTA0009056.

20. Attached as **Exhibit P** is a true and correct copy of the Expert Report of Brian M. Sowers, dated August 15, 2018.

21. Attached as **Exhibit Q** is a true and correct copy of the Expert Report of Hal Poret, dated August 15, 2018.

22. Attached as **Exhibit R** is a true and correct copy of the Expert Report of Jerre B. Swann dated August 14, 2018.

23. Attached as **Exhibit S** is a true and correct copy of the webpage located at https://www.cnbc.com/2018/11/20/the-nba-is-chinas-most-popular-sports-league-heres-how-it-happened.html, as accessed and saved on February 22, 2019.

24. **Attached as Exhibit T** is a true and correct copy of the webpage https://www.theringer.com/2017/4/12/16045242/2017-nba-playoffs-golden-state-warriors-klay-thompson-kevin-durant-steph-curry-ce980107bb88, as accessed and saved on February 22, 2019.

25. Attached as **Exhibit U** is a true and correct copy of the hearing transcript dated November 9, 2018 in *Brooks Sports, Inc. v. Anta (China) Co., Ltd.*, 1:17-cv-01458 (E.D.Va.).

26. **Attached as Exhibit V** is a true and correct copy of the webpage located at https://www.wsj.com/articles/SB1046124254676358063, as accessed and saved on February 22, 2019.

27. **Attached as Exhibit W** is a true and correct copy of the webpage located at https://solecollector.com/news/2015/03/klay-thompson-wears-blacked-out-nike-not-anta, as accessed and saved on February 22, 2019.

28. **Attached as Exhibit X** is a true and correct copy of the webpage located at https://www.sportsbusinessdaily.com/Daily/Issues/2015/03/10/Marketing-and-Sponsorship/Anta-Parsons.aspx, as accessed and saved on February 22, 2019.

29. **Attached as Exhibit Y** is a true and correct copy of the webpage located at https://ballershoesdb.com/players/chandler-parsons/, as accessed and saved on February 22, 2019.

30. **Attached as Exhibit Z** is a true and correct copy of the webpage located at http://en.anta.com/news.php?k=48, as accessed and saved on February 22, 2019.

31. **Attached as Exhibit AA** is a true and correct copy of the webpage located at https://ftw.usatoday.com/2017/06/klay-thompson-china-chinaklay-twitter-hashtag-arm-wrestle-videos-photos-dancing-champagne-cigars-boat, as accessed and saved on February 22, 2019.

32. **Attached as Exhibit BB** is a true and correct copy of the webpage located at https://tinyurl.com/nbachina, as accessed and saved on February 22, 2019.

33. Attached as **Exhibit CC** is a true and correct copy of Plaintiff Brooks Sports, Inc.'s

First Supplemental Response to Defendant Anta's First Set of Interrogatories dated

July 27, 2018.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and belief.

Executed on: February 22, 2019                     /s/ Ethan W. Marks

                                                   Ethan W. Marks
                                                   WOLF, GREENFIELD & SACKS, P.C.
                                                   600 Atlantic Avenue
                                                   Boston, MA 02210
                                                   Phone: 617.646.8000
                                                   Fax: 617.646.8646
                                                   emarks@wolfgreenfield.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd  day of February, 2019 I electronically filed a copy of

the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification

of such filing (NEF) to all registered users in this action.


_____/s/_____
John E. Coffey (VSB #19086)
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, V.A.  22314
703-684-2000
703-684-5109 (fax)
jcoffey@rpb-law.com
*Counsel for Defendant*
